UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CRIMINAL NO. 23-256 |
| v. | * | SECTION: "R" |
| ALEX SALOMON REYES-CHAVEZ | * | |
| | * | |

\* \* \*

## FACTUAL BASIS

The defendant, **ALEX SALOMON REYES-CHAVEZ** ("**REYES-CHAVEZ**"), has agreed to plead guilty as charged to the one-count indictment charging him with illegal reentry of a previously removed alien in violation of Title 8, United States Code, Section 1326(a).

Should this matter have gone to trial, the government would have proven, through the introduction of competent testimony and other admissible evidence, the following facts, beyond a reasonable doubt, to support the allegations in the indictment now pending against the defendant:

On June 30, 2023, **REYES-CHAVEZ** was arrested by the Jefferson Parish Sheriff's Office in Louisiana on two counts of theft and illegal possession of stolen things. Charges are presently pending.

On October 24, 2023, Officers from Immigration and Custom's Enforcement (ICE), Enforcement and Removal Operations (ERO), Fugitive Operations Team (FOT) arrested **REYES-CHAVEZ** in Gretna, LA. **REYES-CHAVEZ** was positively identified as he was exiting Commissioners Court located in Gretna, LA.

**REYES-CHAVEZ** has been previously removed two or more times for illegal reentry.

AUSA _CG_
Defendant _AR_
Defense Counsel _SJ_

REYES-CHAVEZ was ordered and removed by an Immigration Judge on September 29, 2009, and was last removed from the United States on March 5, 2012.

On July 14, 2010, Reyes-Chaves was sentenced to four years in the 190th District Court, in Bexar County, Texas, for the offense of Possession of Heroin in violation of Texas State Law.

On April 27, 2007, REYES-CHAVEZ was convicted for the offense of grand theft third degree to which he was sentenced to five months and twenty-eight days in Dade County in Miami, Florida.

Extensive record and database checks indicate that REYES-CHAVEZ re-entered the United States without permission, inspection, or parole by an immigration officer and without the express consent of the United States Attorney General or the Secretary of the Department of Homeland Security for readmission to the United States and was encountered in the Eastern District of Louisiana by law enforcement.

These facts would be proven by documents and testimony of the Bureau of Immigration and Customs Enforcement.

_____  
CARTER K.D. GUICE, JR.  
Assistant United States Attorney  

AUGUST 13, 2024  
Date

_____  
ALEX SALOMON REYES-CHAVEZ  
Defendant  

8-13-24  
Date

_____  
SAMUEL J. SCILLITANI, ESQ.  
Attorney for Defendant  

8/13/24  
Date